Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Email: rpatton@pwc-law.com
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
**BEVERLY CLOUDY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>BEVERLY CLOUDY,<br><br>  Defendant. | CASE NO.: CR-13-00028 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR A BAIL HEARING**<br><br>Hearing Date:  February 24, 2015<br>Hearing Time:  10:00 A.M.<br>Judge:  Kandis A. Westmore |

It is hereby stipulated by and between the Plaintiff, United States of America through its Counsel of Record the Assistant United States Attorney Kevin Barry, United States Probation Officer Charles W. Mabie and Defendant BEVERLY CLOUDY, through her counsel of record Roger W. Patton, that a bail review hearing be set for defendant CLOUDY, on February 24, 2015 at 10:00 A.M. due to changed circumstances, sentencing will be delayed until at least July 2015.

Defendant BEVERLY CLOUDY moves this Court to allow her pretrial release.  Ms. Cloudy was originally released on a $25,000 P/R bond on December 21, 2012.  Thereafter Ms. Cloudy made all of her appearances and meetings with pretrial services.

Kevin Barry the Assistant United States Attorney in charge of the prosecution of Ms. Cloudy has agreed with counsel that this changed circumstance delaying the sentencing of Ms. Cloudy should result in Ms. Cloudy's release. The conditions for her release will be discussed with the Court at the hearing.

**IT IS SO STIPULATED**.

Dated: February 18, 2015 　　　　　　　　 /s/Kevin Barry
　　　　　　　　　　　　　　　　　　　　KEVIN BARRY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: February 9, 2015 　　　　　　　　　 /s/Charles W. Mabie
　　　　　　　　　　　　　　　　　　　　CHARLES W. MABIE
　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

Dated: February 6, 2015 　　　　　　　　　 /s/ Roger W. Patton
　　　　　　　　　　　　　　　　　　　　ROGER W. PATTON
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　BEVERLY CLOUDY

**IT IS SO ORDERED**.

Dated: February  20 , 2015 　　　　　　　_[signature: Kandis Westmore]_
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States District Magistrate Judge