Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Email: rpatton@pwc-law.com
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
**BEVERLY CLOUDY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BEVERLY CLOUDY,<br><br>　　　　　Defendant. | CASE NO.: CR-13-00028 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF HOUSE ARREST/ELECTRONIC MONITORING CONDITIONS**<br><br>Judge: Kandis A. Westmore |

　　It is hereby stipulated by and between the Plaintiff, United States of America through its Counsel of Record the Assistant United States Attorney Kevin Barry, United States Pretrial Officer and Defendant BEVERLY CLOUDY, through her counsel of record Roger W. Patton, that modification of the pretrial release conditions for be modified to allow her to attend Sunday Church Services at Antioch Missionary Baptist Church in Richmond, California.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| Dated: April 10, 2015 | | /s/ Kevin Barry<br>KEVIN BARRY<br>Assistant U.S. Attorney |
| Dated: April 10, 2015 | | /s/ Nelson Barao<br>NELSON BARAO<br>U.S. Pretrial Services Officer |
| Dated: April 10, 2015 | | /s/ Roger W. Patton<br>ROGER W. PATTON<br>Attorney for Defendant<br>BEVERLY CLOUDY |

**IT IS SO ORDERED**.

Dated: April 21, 2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge