MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 13-0028 CW |
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~] ORDER CHANGING HEARING DATE** |
| v. | ) |
| BEVERLY CLOUDY, | ) Date: June 3, 2015<br>) Time: 1:00 p.m. |
| Defendant. | ) Hon. Claudia Wilken |

The Court set June 3, 2015 at 1:00 pm. as the date for sentencing. Sentencing has been delayed in this case to allow matters to proceed in a parallel action, *United States v. Toni Daniels*, 14-00170-CW. That related action has been stayed to determine that defendant's mental competency. In light of that stay, the defendant here has elected to proceed with sentencing.

Although the Court set June 3, 2015 as the date for sentencing, government counsel mistakenly believed that it was a date for status regarding sentencing, and not the actual date for sentencing itself. For that reason, the government has not yet filed its sentencing memorandum. The defendant therefore agrees to postpone sentencing to give her time to review and reply to the government's sentencing recommendation and to give the Court time to consider this material as well. The defendant and her

counsel are not available on the Court's regular criminal calendar dates until July 1.  Government counsel is available on that date.

Thus, the parties respectfully request that the Court reset the sentencing to July 1, 2015, and government counsel apologizes to the Court and to the defendant for the need to request this change.

SO STIPULATED:

                                      MELINDA HAAG

                                      United States Attorney

DATED: June 1, 2015                    _____/s/_____
                                      KEVIN J. BARRY
                                      Assistant United States Attorney

DATED: June 1, 2015                    _____/s/_____
                                      ROGER W. PATTON
                                      Attorney for Beverly Cloudy

Attestation of Filer

In addition to myself, the other signatory to this document is Roger W. Patton.  I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: June 1, 2015                    _____/s/_____
                                      KEVIN J. BARRY
                                      Assistant United States Attorney

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

For the reasons stated above, the Court changes the date for sentencing to July 1, 2015.

IT IS SO ORDERED.

DATED: 06/02/2015

_____
HON. CLAUDIA WILKEN

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 13-0028 CW