Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Email: rpatton@pwc-law.com
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
**BEVERLY CLOUDY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>BEVERLY CLOUDY,<br><br>                    Defendant. | CASE NO.: CR-13-00028 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF HOUSE ARREST TO ATTEND COLLEGE COURSE**<br><br>Judge: Kandis A. Westmore |

It is hereby stipulated by and between the Plaintiff, United States of America through its Counsel of Record the Assistant United States Attorney Kevin Barry, United States Pretrial Officer Nelson Barao and Defendant BEVERLY CLOUDY, through her counsel of record Roger W. Patton, that defendant CLOUDY is allowed to attend Solano Community College at the Fairfield Campus from June 15, 2015 to August 17, 2015 from 8:30 A.M. to 5:00 P.M. Monday through Friday.

**IT IS SO STIPULATED**.

Dated: June 19, 2015                       /s/ Kevin Barry_____
                                           KEVIN BARRY
                                           Assistant U.S. Attorney

| | |
|---|---|
| Dated: June 18, 2015 | /s/ Roger W. Patton<br>ROGER W. PATTON<br>Attorney for Defendant<br>BEVERLY CLOUDY |
| Dated: June 18, 2015 | /s/ Nelson Barao<br>NELSON BARAO<br>U.S. Pretrial Services Officer |

**IT IS SO ORDERED**.

Dated: June  22 , 2015

_____
KANDIS A. WESTMORE
United States District Magistrate Judge